UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL J CHRISTOFF,
derivatively on behalf of Galexa,
Inc., a Florida corporation

       Plaintiff,

v.                                  Case No: 2:20-cv-546-SPC-NPM

PAUL INGLESE and
NORTHSTAR TECHNOLOGIES
GROUP, INC.,

       Defendants.
_____/

# **ORDER**[1]

Before the Court is a *sua sponte* review of the case. On March 31, the Court dismissed this action without prejudice as to Defendant Galexa, Inc. (Doc. 31). On July 27, the Court granted Plaintiff leave to file an amended complaint. (Doc. 39). That amendment will name Galexa as an indispensable party. For clarity, therefore, the Court vacates its Order dismissing Galexa. As explained previously (Doc. 39), Plaintiff can file an amended complaint

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

naming Galexa and serve as it would an amended complaint.  See Fed. R. Civ. P. 5.

Accordingly, it is now

**ORDERED:**

The Court's Order (Doc. 31) is **VACATED**.

**DONE** and **ORDERED** in Fort Myers, Florida on July 28, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record