UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL J CHRISTOFF,
derivatively on behalf of Galexa,
Inc., a Florida corporation,

      Plaintiff,

v.                           Case No.:  2:20-cv-546-SPC-NPM

PAUL INGLESE, NORTHSTAR
TECHNOLOGIES GROUP, INC.
and GALEXA, INC.,

      Defendants.

_____/

## ORDER[1]

Before the Court are Defendants' Motions for Summary Judgment (Docs. 78; 79).  Under the Case Management and Scheduling Order, a party may file only one motion for summary judgment without leave.  (Doc. 28 at 4).  Yet Defendant Northstar Technologies Group, Inc. signed onto both Motions.  So the Court denies them without prejudice.  If Defendants would like to use their only chance for summary judgment at this time, they must refile a single motion together or each separately.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

Defendants' Motions for Summary Judgment (Docs. 78; 79) are **DENIED**

**without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on December 16, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record