UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL J. CHRISTOFF,
derivatively on behalf of Galexa,
Inc., a Florida corporation,

    Plaintiff,

v.                                                Case No.:  2:20-cv-546-SPC-NPM

PAUL INGLESE, NORTHSTAR
TECHNOLOGIES GROUP, INC.
and GALEXA, INC.,

    Defendants.
_____/

# ORDER[1]

Before the Court is Defendant's Motion for Partial Judgment on the Pleadings (Doc. 144). Plaintiff responded (Doc. 149). Defendant seeks judgment on Count 1 of the Complaint (Doc. 41). But Plaintiff concedes Count 1 is moot. So Plaintiff separately seeks amendment—in part—to withdraw Count 1 (Doc. 148). Given the parties agreement on the issue, the Court denies this Motion without prejudice. If necessary, Defendant may renew this Motion after the Court rules on the proposed amendment. Should that occur, the

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Court expects the parties to confer on any renewed motion (despite Local Rule 3.01(g)(1)'s exception) since it would apparently be unopposed.

Accordingly, it is now

**ORDERED:**

Defendant's Motion for Partial Judgment on the Pleadings (Doc. 144) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on May 2, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record